UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:16-cv-21459-JLK

AALIM GARCIA,

    Plaintiff,

v.

CITIGROUP, INC.,

    Defendant.
_____/

## MOTION TO WITHDRAW APPEARANCE
## AS COUNSEL FOR PLAINTIFF

COMES NOW, Christopher W. Legg, Esq., one of the attorneys of record for Plaintiff, Aalim Garcia ("Plaintiff"), pursuant to Local Rule 11.1 and Rule 4-1.16(b) of the Florida Rules of Professional Conduct, hereby respectfully requests the Court for leave to withdraw. In support of this motion, counsel for Plaintiff states:

    1.    Due to irreconcilable differences, which have arisen between counsel for Plaintiff and his client, counsel for Plaintiff will be unable to effectively and properly continue representing Plaintiff herein.

    2.    Specifically, on or about May 9, 2016, Plaintiff discharged his attorney.

    3.    Notice of this motion to withdraw will be served upon Plaintiff at 2281 NW 135th Street #102, Opa Locka, FL 33167; aalim.garcia@gmail.com.

    4.    Rule 4-1.16 of the Florida Rules of Professional Conduct allows a lawyer to withdraw from representing a client "if withdraw can be accomplished without material adverse effect on the interest of the client."

5.      Plaintiff will not be prejudiced by Mr. Legg's withdrawal. Counsel's withdraw will be accomplished without material adverse effect on the Plaintiff nor will it cause continuance or delay.

WHEREFORE, Christopher W. Legg, Esq. respectfully requests that this Court enter an order:

a.      Granting this Motion to Withdraw;

b.      Withdrawing Christopher W. Legg, Esq.'s appearance for Plaintiff;

c.      Granting such other and further relief this Court deems equitable and just.

Dated: May 9, 2016

Respectfully submitted,

By: */s/ Christopher Legg*
Christopher W. Legg, Esq.
Florida Bar No.: 44460
3837 Hollywood Blvd., Ste B
Hollywood, FL 33021
Office: (954) 962-2333
Email: chrislegglaw@gmail.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing Motion To Withdraw Appearance As Counsel For Plaintiff was filed this 9th day of May 2016 via the Court's electronic filing system, which will automatically serve all counsel of record.

                                            */s/ Christopher Legg*  
                                            Christopher Legg, Esq.